IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JENNIFER T. CONWAY,

    Petitioner,

v.                                    CASE NO. 2:05-cv-851
                                        JUDGE MARBLEY
PAT ANDREWS, Warden,            MAGISTRATE JUDGE KEMP

    Respondent.

## OPINION AND ORDER

On May 8, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

                                                          s/Algenon L. Marbley
                                                          ALGENON L. MARBLEY
                                                          United States District Judge